FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

06 OCT 30 AM 10: 29

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>WILLIAM L. JENNINGS,<br>Defendant | :<br>:<br>:<br>:<br>:<br>: | Case No.: CR-1-02-145<br><br>( Judge Herman J. Weber) |

### ORDER

The above styled case is before the Court on the Motion to Record/File Documents (#62) filed by William L. Jennings.

The Court after review of the record and the above referenced document hereby ORDERS that this document be STRICKEN from the record in CR-1-02-145.

The Court further directs that the Motion to Record/File Documents be referred to the Clerk of Courts for review and disposition.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court