**PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES**

Name:     William Lafayette Jennings          Docket #:    1:02CR00145

                                              Judge:       The Honorable Herman J. Weber

You have been ordered by the United States District Court to pay a special assessment of $ __100.00__, restitution of $ __0.00__, and/or a fine of $ __2000.00__, as a condition of your supervision (probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the amount of $ _42.00_, commencing _6-1-07_. This is based on the following analysis of your ability to pay: _THIS AMOUNT ALLOWS FOR THE BALANCE TO PAID IN FULL DURING THE TERM OF SUPERVISION. THE DEFENDANT HAS AGREED TO THIS AMOUNT._

_____        _5/29/07_
U. S. Probation Officer                  Date

**Order of the Court:** The Court orders minimum monthly payments of $ _42.00_ to commence on _6/1/07_, and to continue until the debt is satisfied or the Court alters the payment schedule.

_____        _6/4/07_
Signature of Judicial Officer           Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

United States Clerk of Courts
324 Potter Stewart U. S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202

Note: Your ~~restitution/fine bears or~~ does not bear (strike one) interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision. I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

_____        _____
Defendant                              Date

_____        _____
U.S. Probation Officer                 Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU