PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **William Lafayette Jennings**   Case Number: **CR-1-02-145**

Name of Sentencing Judicial Officer:   **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **January 12, 2004**

Original Offense: **Possession of a Firearm During and in Relation to a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(A)(i)**

Original Sentence: **54 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supv Rel**   Date Supervision Commenced: **May 25, 2007**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance. |
| | On November 28, 2007, the Norwood Police Department executed a search warrant at Jennings' residence. During the execution of the warrant, the police recovered approximately seven grams of cocaine. The police also recovered cocaine base residue. According to an officer assigned to the case, the warrant was executed at Jennings' residence because he made several sales of cocaine base to a confidential informant working with the police. |
| #2 | Standard Condition: You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month. |
| | Jennings failed to submit a monthly supervision report for the month of October 2007 by November 5, 2007. |

U.S. Probation Officer Action: **It is respectfully recommended that no action be taken at this time. This officer will investigate Jennings' recent arrest and submit a report to the Court once the investigation is completed.**

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *[signature]*<br>**Mark R. Grawe**<br>U. S. Probation Officer<br>Date:    **November 29, 2007** | by | *[signature]*<br>John C. Cole<br>Supervising U. S. Probation Officer<br>Date:    **November 29, 2007** |

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

12/04/07
Date