PROB 12C
Rev 2/03

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **William Lafayette Jennings**                               Case Number: **CR-1-02-145**

Name of Sentencing Judicial Officer:    **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **January 12, 2004**

Original Offense: **Possession of a Firearm During and in Relation to a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(A)(i)**

Original Sentence: **54 months in prison, 36 months of supervised release**

Type of Supervision: **Term Of Supv Rel**                Date Supervision Commenced: **May 25, 2007**

## PETITIONING THE COURT

[X]   To issue a warrant
      (Jennings is currently incarcerated in the State of Ohio's Department of Rehabilitation and Correction.)
[ ]   To issue an Order to Appear and Show Cause
[ ]   To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance. |
|    | On April 25, 2008, Jennings was convicted of Trafficking in Cocaine (two counts) and Possession of Cocaine (two counts) in Hamilton County, Ohio Court of Common Pleas in case number B0709919-A. |

U.S. Probation Officer Recommendation: Jennings was on supervision for approximately six months when he possessed and distributed cocaine base. Thus, it is respectfully recommended that a warrant be issued for Jennings' arrest so that he can appear in Court to address the violation behavior.

The term of supervision should be
    [X]   Revoked.
    [ ]   Extended for  years, for a total term of  years.
    [ ]   Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
    [ ]   The conditions of supervision should be modified as follows:

PROB 12C
Rev 2/03

2

RE: JENNINGS, William                                                                                           Page Two

| I declare under penalty of perjury that the foregoing is true and correct. Executed on **May 2, 2008** | Approved, |
|---|---|
| *Mark R. Grawe* (signature)<br>**Mark R. Grawe**<br>U.S. Probation Officer | by<br>*John C. Cole* (signature)<br>**John C. Cole**<br>Supervising U.S. Probation Officer<br>Date:    **May 2, 2008** |

THE COURT ORDERS:

[ ]   No Action
[✓]   The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
[ ]   The Issuance of an Order to Appear and Show Cause
[ ]   The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
[ ]   Other

_____
Signature of Judicial Officer

5/12/08
_____
Date