UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA
PLAINTIFF

CASE# 1;CR02-145

JUDGE: HERMAN J. WEBER

VS

WILLIAM L. JENNINGS-EL
DEFENDANT

## NOTICE TO CARRY OUT FINAL DISPOSITION
## OF ANY WARRANTS AND DETAINERS

Now Comes, **WILLIAM L. JENNINGS-EL**, and Hereby puts the United States District Court, Southern District of Ohio Western Division on Notice that he wants a Final Disposition on any and all Complaints, Warrants, Indictments, or Detainers that May be Pending in this District Court.

### MEMORANDUM IN SUPPORT

The Defendant, **WILLIAM L. JENNINGS-EL**, is Hereby requesting that this Court Prosecute any Complaints, warrants, Indictments, or Detainers within 180 Days as Required by Federal, Criminal Code and Rules 18 APP. 2 Articles 1-9, Interstate Agreement on Detainers. A motion to Dismiss Will Follow if no action to finish the Prosecution, of any Case(s) Pending in this District Court is Taken.

Social Security Number: 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

RESPECTFULLY SUBMITTED,

*William L. Jennings-El*
WILLIAMS L. JENNINGS-EL # 577-599
LONDON CORRECTIONAL INST.
P.O. Box 69
London, Ohio 43140-0069

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION FOR FINAL DISPOSITION ON CASE NUMBER 1;CR02-145 was sent to the, FEDERAL PROSECUTING ATTORNEY AT: 221 East Fourth Street, Suite 400, Cincinnati, Ohio 45202 on this 14th DAY OF JUNE, 2008.

RESPECTFULLY SUBMITTED,

*William L. Jennings-El*
WILLIAM L. JENNINGS-EL #577-599
LONDON CORRECTIONAL INSTITUTION
P.O. Box 69
London, Ohio
    43140-0069