STATE OF OHIO      )
                   ) ss:   **AFFIDAVIT OF INDIGENCY**
MADISON COUNTY     )

I, **WILLIAM L. JENNINGS-EL**, herein Affiant, after first being duly sworn and cautioned in accordance with law, do hereby depose and attest that the following is true and correct to the best of my knowledge, understanding and belief:

That I have personal knowledge of the facts stated herein, and I am competent to testify as to the truth of the same;

- I am the Defendant-Appellant in the above-captioned case;

- I am currently incarcerated at the London Correctional Institution, Madison County, Ohio, and I am unemployed and unable to obtain employment;

- I am absolutely destitute, and own no property of any value, nor do I have any monies, stocks, bonds, or property due and owing to me from any person or entity, and for all practical purposes I should be considered a true pauper;

- I believe I am eligible for the relief I seek herein.

*[signature]*
WILLIAM L. JENNINGS-EL #577-599
London Correctional Institution
P.O. Box 69
London, Ohio 43140
AFFIANT, Pro se

**NOTARY ATTEST**

Sworn to and subscribed in my presence this 14th day of June, 2008.

Seal

*[signature]*
NOTARY PUBLIC

GILBERT A. HURWOOD
Notary Public, State of Ohio
My Commission Expires 1-9-2013